IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



DINA LYNETTE HARRIS,

Plaintiff

v.                                                       CIVIL ACTION NO.: 2:14cv518

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

*ORDER*

On October 14, 2014, Plaintiff brought this action under Section 205(g) of the Social Security Act, 42 U.S.C. Section 405(g), seeking judicial review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for disability insurance benefits and supplemental security income under the Social Security Act ("Act").

On May 22, 2015, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B).  On September 28, 2015, the Magistrate Judge filed his report recommending that the Commissioner's decision be **AFFIRMED.**  By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge.  The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed September 28, 2015, and it is, therefore **ORDERED** that the Commissioner's decision is **AFFIRMED,** that Defendant's Motion for Summary Judgment is

**GRANTED,** and that Plaintiff's Motion for Summary Judgment is **DENIED.** This case is accordingly **DISMISSED.**

The Clerk shall mail a copy of this final Order to counsel for the parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
January **14** , 2016

Raymond A. Jackson
United States District Judge